SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
JIM SHARP
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District of Texas
## 301 Fannin Street
## Houston, Texas 77002-2066

December 22, 2014

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
DEC 29 2014
CHRISTOPHER A. PRINE
CLERK

Jimmie Johnson
#01898717 TDCJ
Connally Unit
899 FM 632
Kenedy, TX 78119

RE:    **Court of Appeals Number: 01-13-01056-CR**    **Trial Court Case Number: 1346765**
RE:    **Court of Appeals Number: 01-13-01057-CR**    **Trial Court Case Number: 1366083**

**Style:**  Jimmie Johnson v. The State of Texas

We are forwarding the following via Lone Star Overnight (air bill tracking # ZS001101):

Enclosed are a copy of the appellant's brief, state's brief and a copy of the court's
opinion issued 10/30/2014.

Please sign below and return to show receipt.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Jesse Rodriguez, Deputy Clerk IV

RETURN RECEIPT

Received by _____ Date Received _12/24/14_

Jimmie Johnson-Sr #1858717
Connally Unit
899 FM 632
Kenedy, TX 78119

*Legal*

To: Mr. Christopher A. Prine Clerk of The Court
Court of Appeals
First District of Texas
301 Fannin St.
Houston, Texas 77002-9906

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 29 2014

CHRISTOPHER A. PRINE

CLERK

* Legal Mail *